UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TOLLBROOK WEST LLC,

                    Plaintiff(s),                         Case No.  20-11939

v.                                                        Honorable  Laurie J. Michelson

CITY OF TROY,                                            Magistrate Judge  Anthony P. Patti

                    Defendant(s).
_____/

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

        This case appears to be a companion case to Case No. _____17-11417_____.  Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable _Mark A. Goldsmith_____ and Magistrate Judge _____.

                                        s/Laurie J. Michelson_____
                                        Laurie J. Michelson
                                        United States District Judge

                                        s/Mark A. Goldsmith_____
                                        Mark A. Goldsmith
                                        United States District Judge

---

        Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
        Case type: _CIVIL_____

        If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: _August 3, 2020_____          s/N. Ahmed_____
                                               Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable Mark A. Goldsmith