UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**TOLLBROOK WEST, LLC,**

      Plaintiff,

v.

**CITY OF TROY,**

      Defendant.

Case No. 20-cv-11939
Hon. Mark A. Goldsmith
Magistrate Anthony P. Patti

_____/

| | |
|---|---|
| **CARSON FISCHER, PLC** <br> **ROBERT CARSON (P11682)** <br> **DAVID SCHLACKMAN (P58894)** <br> Attorney for Plaintiff <br> 4111 Andover Road, West 2nd floor <br> Bloomfield Hills, MI 48302 <br> (248) 644-4840 | **LORI GRIGG BLUHM (P46908)** <br> **JULIE Q. DUFRANE (P59000)** <br> Attorneys for City of Troy <br> 500 W. Big Beaver Rd. <br> Troy, MI 48084 <br> (248) 524-3320 <br> j.dufrane@troymi.gov |

_____/

**STIPULATED ORDER EXTENDING TIME FOR DEFENDANT CITY OF TROY TO FILE A RESPONSE AND BRIEF IN SUPPORT TO PLAINTIFF'S MOTION FOR REMAND AND EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Upon stipulation of the parties, through their respective counsel, and pursuant to FED. R. CIV. P. 6(b)(1)(A), LR 7.1(a)(1) and LR 7.1(e)(2)(B), the parties agree, and it is ordered, that the deadline for filing Defendant City of Troy's Response and Brief in Support pertaining to Plaintiff's Motion for Remand is extended. Defendant's Response and Brief in Support shall be filed on or before August 31, 2020.

Also pending before this Court is Defendant City of Troy's Motion to Dismiss. The parties further stipulate, and it is ordered, that Plaintiff's deadline to file a Response and

Brief in Support to the Motion to Dismiss shall be suspended until further order of the court.

    SO ORDERED.

Dated: August 6, 2020          s/Mark A. Goldsmith
    Detroit, Michigan          MARK A. GOLDSMITH
                                                                   United States District Judge

    It is stipulated and agreed:

    s/David E. Schlackman
    (electronic signature affixed by JQD with permission 8/4/2020)
    DAVID SCHLACKMAN (P
    Attorney for Tollbrook, LLC
    And Tollbrook West, LLC

    s/Julie Quinlan Dufrane
    Attorney for City of Troy