UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Tollbrook West LLC,

                Plaintiff(s),

v.                                         Case No. 2:20−cv−11939−MAG−APP
                                             Hon. Mark A. Goldsmith

City of Troy,

                Defendant(s),

## NOTICE OF REMAND

TO:  OAKLAND COUNTY CIRCUIT COURT

    Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

    Please acknowledge receipt of these documents by returning a time−stamped copy of this Notice to:

        Clerk's Office
        U.S. District Court for the Eastern District of Michigan
        231 W. Lafayette Boulevard, 5th Floor
        Detroit, Michigan  48226
        (313) 234−5005

## Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                            KINIKIA D. ESSIX, CLERK OF COURT

                                            By: s/D. Peruski
                                                  Deputy Clerk

Dated:  March 5, 2021